UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUKE RICHEY and JENNIFER RICHEY,<br><br>           Plaintiffs,<br><br>   vs.<br><br>METAXPERT, LLC; PLAYXPERT, LLC; and CHARLES MANNING and KIMBERLY MANNING,<br><br>           Defendants.<br>_____<br>METAXPERT, LLC; and PLAYXPERT, LLC,<br><br>           Counterclaimants,<br><br>   vs.<br><br>AARON LUKE RICHEY and JENNIFER RICHEY; and GRAVITY JACK, INC.,<br><br>           Counterdefendants. | NO.  CV-10-0020-LRS<br><br>ORDER DENYING MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER |

    BEFORE THE COURT is the parties' Stipulated Protective Order (Ct. Rec. 57). The Court construes the parties' intent to be a motion for entry of a stipulated protective order, although a motion was not filed pursuant to LR 7.0.

    Because public policy concerns, which arise from entry of broad

ORDER - 1

protective orders, may have unintended effects beyond the scope of the pending litigation, the undersigned judicial officer declines to enter the proposed order heretofore submitted.  However, nothing contained herein is intended to preclude enforcement of an otherwise valid agreement where required by the facts hereafter presented to the Court.  Accordingly, unless otherwise advised, the Court will proceed on the assumption that in signing the stipulation set forth in Ct. Rec. 57, the parties entered into a mutually negotiated agreement which is intended to govern those aspects of this litigation covered by its terms.

The parties' motion for entry of the proposed stipulated protective order, **Ct. Rec. 57,** is **DENIED.**

IT IS SO ORDERED.  The District Court Executive is directed to file this order and provide copies to counsel.

DATED this 17th day of May, 2010.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2