UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUKE RICHEY and JENNIFER RICHEY, husband and wife,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>METAXPERT, LLC, a Washington limited liability company, et al.,<br><br>　　　　　　　　　Defendants.<br>_____<br><br>METAXPERT, LLC, and PLAYXPERT, LLC,<br><br>　　　　　　　　　Counter-Claimants,<br><br>　v.<br><br>LUKE RICHEY and JENNIFER RICHEY, husband and wife; et al.,<br><br>　　　　　　　　　Counter-Defendants, | NO:  10-CV-0020-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Before the Court is Magistrate Judge Hutton's Report and Recommendation,

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

ECF No. 486, recommending the Court order Plaintiffs to pay Defendant Metaxpert's attorney fees and costs in the amount of $6,500.00, which fees should be deferred until the conclusion of the entire case to account for any fee awards or fee offsets previously ordered or to be ordered. No objection to the Report and Recommendation was filed.

Having reviewed the Report and Recommendation and the record, **IT IS HEREBY ORDERED:**

The Report and Recommendation, **ECF No. 486**, is **ADOPTED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and forward copies to counsel Magistrate Judge Hutton.

**DATED** this 21st day of May, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2